# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| BANILLA GAMES, INC. and GROVER GAMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GRAYSON LIGHTNING LUBE LLC, <br><br> Defendant. | Civil Action No.: 1:24-cv-00006-JPJ-PMS |

## PLAINTIFFS' NOTICE OF SETTLEMENT IN PRINCIPLE

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Confidential Settlement Agreement and Release, a Consent Permanent Injunction Order, and Stipulated Dismissal. The parties intend to file the Motion for Entry of a Consent Permanent Injunction Order and, subsequently, a Stipulated Dismissal as soon as practicable, but respectfully request that the parties are given thirty (30) days to file such papers and that the Court continue all pending motions.

Plaintiffs are filing this Notice with Defendant's approval and permission.

Dated:  May 3, 2024

BANILLA GAMES, INC.
and
GROVER GAMING, INC.

<u>/s/ Robert N. Drewry</u>
Stephen M. Faraci, Sr., Esquire (VSB #42748)
Robert N. Drewry, Esquire (VSB #91282)
WHITEFORD, TAYLOR & PRESTON, LLP
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:   (804) 977-3307
Facsimile:    (804) 977-3298
E-Mail:         sfaraci@whitefordlaw.com
E-Mail:         rdrewry@whitefordlaw.com

Robert Wm. Best (VSB #72077)
WHITEFORD, TAYLOR & PRESTON, LLP
249 Central Park Avenue, Ste. 300
Virginia Beach, Virginia 23462
Telephone:   (757) 271-9752
Facsimile:    (757) 271-9737
E-Mail:         rbest@whitefordlaw.com

*Counsel for Plaintiffs, Banilla Games, Inc. and Grover Gaming, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May 2024, I electronically filed *Plaintiffs' Notice of Settlement in Principle* with the Clerk of the Court using the CM/ECF system, which will then send the document and notification of such file (NEF) to all counsel of record.

/s/ Robert N. Drewry