# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

BANILLA GAMES, INC. and GROVER GAMING, INC.,

    Plaintiffs,

v.

GRAYSON LIGHTNING LUBE LLC,

    Defendant.

Civil Action No.: 1:24-cv-00006-JPJ-PMS

## STIPULATION OF CONSENT FOR PERMANENT INJUNCTION

Plaintiff, Grover Gaming, Inc. ("**Grover**" or "**Plaintiff**"), and Defendant, Grayson Lightning Lube LLC ("**Grayson**" or "**Defendant**"), (and, together with Plaintiff, the "**Parties**"), stipulate and agree as follows:

1. On January 30, 2024, Plaintiff (and together with Plaintiff Banilla Games, Inc. ("**Banilla**"), "**Plaintiffs**") filed this action against Defendant for copyright infringement pursuant to the Copyright Act, 17 U.S.C. §§ 101 *et seq.*; unfair competition and false designation of origin pursuant to the Lanham Act, 15 U.S.C. § 1125(a), and substantial and related claims of unfair competition and trademark infringement under the statutory and common law of the Commonwealth of Virginia; misappropriation of trade secrets pursuant to 18 U.S.C. § 1836(b) and substantial and related claims of trade secret misappropriation under Virginia's Uniform Trade Secrets Act, Virginia Code section 59.1-336, *et seq.*

2. On or around May 6, 2024, the Plaintiffs and Defendant entered into a separate, confidential settlement agreement (the "**Settlement Agreement**") resolving all matters in dispute between the Parties.

     3.       As part of the Settlement Agreement, Defendant agreed to the entry of a Consent Order for Permanent Injunction in the form attached hereto as **Exhibit 1**.

     4.       The Parties waive oral argument.

WHEREFORE, Plaintiff, Grover Gaming, Inc. hereby moves for the entry of the Consent Order for Permanent Injunction attached hereto as Exhibit 1.

Dated: May 21, 2024

BANILLA GAMES, INC.
and
GROVER GAMING, INC.

/s/ Robert N. Drewry
Stephen M. Faraci, Sr., Esq. (VSB #42748)
Robert N. Drewry, Esq. (VSB #91282)
WHITEFORD, TAYLOR & PRESTON, LLP
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:    (804) 977-3307
Facsimile:    (804) 977-3298
E-Mail:       sfaraci@whitefordlaw.com
E-Mail:       rdrewry@whitefordlaw.com

Robert Wm. Best, Esq. (VSB #72077)
WHITEFORD, TAYLOR & PRESTON, LLP
249 Central Park Avenue, Ste. 300
Virginia Beach, Virginia 23462
Telephone:    (757) 271-9752
Facsimile:    (757) 271-9737
E-Mail:       rbest@whitefordlaw.com

*Counsel for Plaintiffs, Banilla Games, Inc. and Grover Gaming, Inc.*

/s/ Alexandra Dove Goodpaster (via E-mail permission dated May 20, 2024)
Alexandra Dove Goodpaster, Esq. (VSB #89805)
GREG BAKER ATTORNEYS AT LAW, PLLC
966 West Main Street, Suite B
P.O. Box 2345
Abingdon, Virginia 24212
Telephone:    (276) 285-2100
Facsimile:    (276) 285-2997
E-Mail:       dove.goodpaster.law@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2024, I electronically filed the *Stipulation of Consent Motion for Permanent Injunction* with the Clerk of the Court using the CM/ECF system.

    /s/Robert N. Drewry  
Counsel