IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

May 28, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

BANILLA GAMES, INC. and GROVER
GAMING, INC.,

    Plaintiffs,

v.

GRAYSON LIGHTNING LUBE LLC,

    Defendant.

Civil Action No.: 1:24-cv-00006-JPJ-PMS

## ORDER FOR PERMANENT INJUNCTION

This day came the Plaintiffs, Banilla Games, Inc. ("**Banilla**") and Grover Gaming, Inc. ("**Grover**") and represented to the Court that Banilla, Grover, and the Defendant Grayson Lightning Lube LLC ("**Grayson**" or "**Defendant**") (collectively with Banilla, Grover, and the Defendant, the "**Parties**"), have agreed to a permanent injunction in connection with the above-styled matter. Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

    1.    Defendant, as well as each of its respective agents, servants, employees, and attorneys, and those persons in active concert or participation, are to immediately cease and desist and are permanently enjoined from purchasing, using, marketing, or displaying any unauthorized, pirated, or hacked versions of Grover's copyrighted works, including, but not limited to, the Fusion suite of games.

    2.    This Order shall be binding upon and shall inure to the benefit of the Parties and their respective successors, assigns, and acquiring companies.

    3.    The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Order.

4. The permanent injunction shall remain in full force and effect unless and until modified by further order of this Court.

**SO ORDERED** on this 28 day of MAY, 2024.

_____
James P. Jones
United States District Court Judge